### IN THE UNITED S23-cTATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00870-SKC-KAS

JACK JOHNSON, *et al.*,

      Plaintiffs,

v.

THE NORTHWEST DISTRICT OF THE WESLEYAN CHURCH, *et al.*,

      Defendants.

---

### FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order re:   Defendants' Motions to Dismiss for Lack of Jurisdiction (ECF Nos. 8, 9, & 12) of District Judge S. Kato Crews entered on April 9, 2024, it is

ORDERED that judgment is hereby entered in favor of the defendants and against the plaintiffs.   It is

FURTHER ORDERED that this case is dismissed without prejudice.

Dated at Denver, Colorado this 9th day of April, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

    s/C. Pearson, Deputy Clerk